UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:07CR-43-H

UNITED STATES OF AMERICA  PLAINTIFF

V.

LAMAR L. BROUGHTON  DEFENDANT

**MEMORANDUM OPINION AND ORDER**

    This is an appeal from a judgment of conviction for driving under the influence of alcohol. After a trial on March 22, 2007, the Magistrate Judge denied Defendant's motion for acquittal and found him guilty. This Court must review the evidence in a light most favorable to Defendant and determine whether a rational trier of fact could have found the essential elements of the charged crime beyond a reasonable doubt. *United States v. Blakeney*, 942 F.2d 1001, 1010 (6th Cir. 1991).

    The pertinent evidence from various sources is as follows:

    1.Defendant's car was observed swerving over the center line of the roadway three or four times.

    2.Defendant's eyes were observed to be bloodshot.

    3.Defendant's speech was slurred.

    4.Defendant was increasingly uncooperative, loud and abusive during the stop.

    5.Defendant's breath contained the smell of alcohol.

    6.A search of the vehicle disclosed a half full Miller beer can.

None of these evidentiary points is disputed in any significant manner.  Certainly, a reasonable trier of fact could believe each one.  Together this evidence provides a sufficient basis for a reasonable trier of fact to conclude beyond a reasonable doubt that Defendant is guilty of driving under the influence.  To deny a motion for judgment acquittal, therefore, was not in error.  Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the decision of the Magistrate Judge is AFFIRMED.

This is a final order.

cc:     Counsel of Record